UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

2017 APR -7 P 3: 16

*Plaintiff.*

**Darryl West and Children**

FILED

**Judge Bernard A. Friedman**

**Vs.**

**Case No 2:17-cv-10566**

**Defendants:**

**1. ANN ARBOR HOUSING COMISSION.**

**Mag: Stephanie D. Davis**

**2. MARIA SPENCER (Housing case specialist)**
**3. WENESHIA (Housing (Housing Specialist Manager)**
**4. JENNIFR HALL, (Housing Commission Director)**
**5. KIMBERLY NEVELS, (Acting Director-Region V)**

DARRYL WEST
In Pro Per
5650 Carpenter road.
Ypsilanti, MI.48197
(734) 961-2493

MATTHEW A. BRAUER P 46982
RUTLEDGE, MANION, RABAUT,
TERRY & THOMAS, P.C.
Attorney's for Defendants
Maria Spencer, Weneshia Brand
and Jennifer Hall.
333 W Fort Street #1600
*Detroit, MI 48226*
Tel: (313) 965-6100
Fax: (313) 965-6558

## AMENDED COMPLAINT

**Count 1.** Discrimination of a Single white male father; on the basis of Gender and

having custody of two biracial children

1.

Now Comes, the Plaintiff and states to this Honorable Federal Court the following; Under **Title VI of the Civil Rights Act of 1964.**

1. The Defendants have on two separate occasions Discriminated against the plaintiff and his two children when handling the process of managing and maintaining their Section 8 Housing vouchers on two separate occasions by Improper Termination.

2. The defendants did on numerous occasions make false statements or presentations to a hearing official during the appeal hearing, in a clear attempt to thwart the plaintiff from continuing their Section 8 financial housing assistances Voucher.

3. The defendants did not allow the plaintiff's to file a appeal during their denial of the first or second attempt by the plaintiff to have the Ann Arbor Housing Commission Transfer a housing voucher for the children of Kim Gillenwaters known as Joey and Jalyn West, after her Domestic Violence Conviction, while Kim and the children were family members receiving a Section 8 Housing Voucher.

4. The Ann Arbor Housing Commission did hire the individual defendants that continuously committed actions that were offensive and discriminatory, toward a single father who attained custody of his two minor biracial children.

5. The AAHC did not have in place the proper oversight poetical to protect the citizens from this type of behavior from their employees. This case is a classic example of the fox guarding the hen house, ( so to speak)

2.

6. The Department of Housing and Urban Development did a investigation and made a decision without truly examining the documents, that showed proof that the AAHC employees actions were inappropriate and obnoxious and probably discriminatory.

7. HUD did accept the plaintiff's Discrimination complaint with addendum correcting the mistakes in the document and did not use the plaintiff's *addendum in the process of the complaint.*


## I. The Parties to This Complaint

### A. <u>The Plaintiffs:</u>

**Name:** Darryl West and Children, Joey & Jalyn West

**Street:** 5650 Carpenter road

**City & County:** Ypsilanti, MI. Washtenaw, County.

**Telephone Number:** (734) 961-2493

**E-Mail Address:** garrysfamily3@gmail.com

### B. <u>The Defendant(s)</u>

**Defendant No. 1**

**Name:** Ann Arbor Housing Commission.

**Job Title:** To provide housing funds to the Public for the United States Government.

**Street Address:** (Housing Office), 727 Miller Avenue.

**City & County:** Ann Arbor, MI. Washtenaw County.

**Telephone Number:** (734) 794-6720

**Fax.** (734) 994-0781

**E-Mail** aahousingcommission@a2gov.org

**Defendant No. 2**

**Name:** Maria Spencer

3.

**Job Title:** Section Eight Housing (Case Manager)

**Street Address:**  (Housing Office), 727 Miller Ave.

**City & County:** Ann Arbor, MI. Washtenaw County.

**Telephone Number:** (734) 794-6720

**Fax:** (734) 994-0781

**E-Mail** housingcommission@a2gov.org

**Defendant No. 3.**

**Name:** Weneshia Brand

**Job Title:** Section Eight Housing (Housing, Supervisor)

**Street Address:**  (Housing Office), Miller Street.

**City & County:** Ann Arbor, MI. Washtenaw County.

**Telephone Number:** (734) 794-6720

**Fax:** (734) 994-0781

**E-Mail** housingcommission@a2gov.org

**Defendant No. 4**

**Name:** Jennifer Hall

**Job Title:** Section Eight (Housing Commissions Director)

**Street Address:**  (Housing Office), 727 Miller Avenue.

**City & County:** Ann Arbor, MI. Washtenaw County.

**Telephone Number:** (734) 794-6720

**Fax:** (734) 994-0781

**E-Mail** housingcommission@a2gov.org

**Defendant No. 5**

**Name:** Kimberly Nevels

**Job Title:** Acting Director for Region V

**Street Address:**  77 West Jackson Blvd, Room 2101

**City & County:** Chicago, Illinois 60604

**4.**

Telephone Number: (614)-280-6128

**Defendant No.6**

**Name: Department of Housing and Urban Development**

**Job title : Run the Section 8 programs among other duties.**

**Street Address: McNamara BLDG**

**477 Michigan Ave**

**Detroit MI. 48226-2592**

**Phone: (313) 226-7900**

## II.  Basis for Jurisdiction

Under 28 U.S.C. $ 1331, a case arising under the United States Constitution of Federal Laws or treaties is a federal question case. This is a case of Discrimination of a male Parent therefore this Matter is a Federal Court issue

### A. *The Basis for Jurisdiction as being a Federal Question is*

Under Federal Act Title VI of the Civil Rights Act of 1964

Any type of Discrimination is a unlawful, based on federal law Title 42, Chapter 21 of the U.S. Code prohibits discrimination against persons based on age, disability, gender, race, national origin, and religion (among other things) in a number of settings—including education, employment, access to businesses and buildings, federal services, and more. Chapter 21 is where a number of federal acts related to civil rights have been codified—including the Civil Rights Act of 1866, Civil Rights Act of 1964, and the Civil Rights institutionalized persons Act

### III. Amount in Controversy

5.

The plaintiff's claim the defendants owes the plaintiff; the amount at stake is in excess of **$75,000.00**. Not including interest and costs of the Court.**IV.**

**Statement of Claim:**

The Ann Arbor Housing Commission with and through its employees listed in this complaint terminated the plaintiff's federal housing assistance voucher , also known as a Section Eight Housing Voucher for a rent subsidy. Because he *is the male farther of two children further the Section Eight employees did* know the children listed in this complaint through prior associations with their mother Kim Gillenwaters, who lost custody to the plaintiff through the Local Family Probate Court, then on a second occasion the same defendants again improperly denied the plaintiff of being listed as a head of house hold, and then denied the plaintiff the proper consideration transfer of a second voucher, where the plaintiff and the children were listed as family members on this second voucher, when there was again a family break up. The HUD policies clearly define the proper elements to consider when dealing with a family break up. The other family member known as Jeffery West was not even a proper candidate for this type of family Section Eight Housing voucher. Further the Department of Housing and Urban develop did conduct an inept investigation without examining the documents in the file at the AAHC *where it clearly shows all the facts the plaintiff has presented to this* court thus inheriting a civil liability.

**V. Relief**

6.

The plaintiff's request this honorable Federal Court to award a monetary udgment to compensate the Plaintiff for a amount that the Plaintiff's would have received from a Section Eight Housing voucher for the balance of his

life, because the plaintiff is a disabled person who collect's Social Security Disability and who would qualify for, the Plaintiff requests this Court to make the proper calculation to determine the amount for a proper monetary judgment.

## VI. Certification and Closing:

Under the Federal Rule of Civil Procedure 11. by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation. (2) Is supported by existing law or by a non frivolous argument for extending modifying or reversing existing law or rules. (3) The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation of discovery; and (4) The complaint otherwise complies with the requirements of Rule 11.

A. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Printed Name of the Plaintiff:** _Darryl West_

**Signature:** _Darryl West_

**Date:** _April 5-th 2017_

Document created by; the plaintiff Darryl West

In Per Sey

Darryl West

5650 Carpenter road

Ypsilanti, Michigan 48197

Phone; (734) 961-2493

**8.**

## <u>Additional Information to Support this Complaint:</u>

The following documents are presented to this Court to Support this Complaint.

1. Final HUD report regarding the plaintiff's Complaint

2. Response from the plaintiff to the final HUD report.

3. Court ordered child custody document dated September 25th 2006

4. Court granted Protection Order for the plaintiff and children dated March 13th 2006 another order for PPO violation on April 13th 2006 then extended the PPO order on July 17th 2007

5. Notice from the office of the Prosecuting Attorney stating that the children's Mother plead guilty to Domestic Violence Aggravated on March 23rd 2006

6. Plaintiff's letter to Ann Arbor Housing Commission / Maria Spencer showing the domestic violence conviction and the Courts custody order.

7. AAHC recertification for 2013 that shows the this Court that the plaintiff's family / Darryl, Joey, and Jalyn West were in fact listed as family members on the Section Eight Voucher recertification and signed by the plaintiff as Co Head of the Household at 5650 Carpenter road Ypsilanti, MI 48197 with Jeff West included.

8. Letter to Maria Spencer when children's mother lost custody to plaintiff.

9. Social Security eligibility letter amount $667.00 monthly

10. Power of Attorney showing that Jeffrey West want the Plaintiff to handle and his business in life including all medical care as if the plaintiff was a parent (otherwise known as the head of the household)

11. Medical needs form from Jeff's Doctor showing his medical needs, fax transmission notes at top of form to Section 8 Office.

**9.**