UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL WEST, et al.,

      Plaintiffs,                          Civil Action No. 17-CV-10566

vs.                                    HON. BERNARD A. FRIEDMAN

ANN ARBOR HOUSING
COMMISSION, et al.,

      Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTIONS FOR
## SUMMARY JUDGMENT AND FOR A PRELIMINARY INJUNCTION

This matter is presently before the Court on plaintiff's motions for summary judgment and for a preliminary injunction [docket entry 14]. Magistrate Judge Stephanie Dawkins Davis has issued a report and recommendation ("R&R") in which she recommends that both motions be denied. Plaintiff has filed timely objections to the R&R.

Having reviewed the motions de novo, as required by Fed. R. Civ. P. 72(b)(3), the Court hereby denies plaintiff's motions for the reasons suggested by the magistrate judge. Plaintiff's motion for summary judgment is denied because it fails to demonstrate that plaintiff is entitled to judgment as a matter of law. Further, plaintiff indicates he has withdrawn this motion.

Plaintiff's motion for a preliminary injunction is denied because, in addition to the reasons mentioned in the R&R, plaintiff has not shown that the Court should grant such extraordinary relief. In deciding whether to grant a preliminary injunction, the Court considers "(1) whether the movant has a strong likelihood of success on the merits; (2) whether the movant would suffer irreparable injury without the injunction; (3) whether issuance of the injunction would cause substantial harm to others; and (4) whether the public interest would be served by issuance of the

injunction." *Rock & Roll Hall of Fame & Museum, Inc. v. Gentile Prods.*, 134 F.3d 749, 753 (6th Cir. 1998). Plaintiff's motion, which is not supported by a brief or by citation to legal authority, makes no showing as to any of these factors. Accordingly,

IT IS ORDERED that Magistrate Judge Davis' R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that plaintiff's motions for summary judgment and for a preliminary injunction are denied.

Dated: February 1, 2018          s/Bernard A. Friedman                    
         Detroit, Michigan          BERNARD A. FRIEDMAN
                                     SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 1, 2018.

s/Johnetta M. Curry-Williams                    
Case Manager